```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

DRECARLOS ANDERSON                                           PLAINTIFF

v.                              Case No. 14-6141

NATIONAL PARK COMMUNITY COLLEGE;
BOARD OF TRUSTEES OF NATIONAL PARK
COMMUNITY COLLEGE; WILLIAM RITTER,
individually and in his official
capacity as employee of National
Park Community College; JOHN HOGAN,
individually and in his official
capacity as President of National
Park Community College                                       DEFENDANTS

## J U D G M E N T

For the reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendants' Motion to Dismiss (doc. 6) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. All parties are to bear their own costs and fees. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 14th day of May 2015.

                                        */s/ Robert T. Dawson*
                                        Robert T. Dawson
                                        United States District Judge